UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

June 7, 2005

MEMORANDUM TO COUNSEL RE:   Charles R. Rosier et al. v. Gary B. Buck M.D.,
Civil No. L-03-3114

Dear Counsel:

This is a medical malpractice suit. On May 3, 2005, I held a hearing to determine why Plaintiffs had failed to timely respond to Dr. Buck's Motion for Summary Judgment and otherwise prosecute the case. For the reasons stated in open court, I awarded Dr. Buck reasonable attorneys' fees under the discovery rules for time spent attempting to obtain discovery from Plaintiffs.

On May 19, 2005, Dr. Buck requested $1533.50 in attorneys' fees. I have reviewed the documentation in support of his request and find his attorneys' rates to be reasonable. I will, however, only award Dr. Buck $1020.50. I will not award attorneys' fees for time spent attending the motions hearing ($472.50) or for time spent on the case after the motions hearing ($40.50). Accordingly, on or before June 21, 2005, Stephen J. Hughes, Esquire shall pay Dr. Buck $1020.50.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

Benson Everett Legg

c:   Court file